LF 245D   (03/2015) Judgment in a Criminal Case for Revocations
Sheet 1

United States District Court
~~District of Connecticut~~

# UNITED STATES DISTRICT COURT

FILED AT   NEW HAVEN
April 14 ____ 20 15
Roberta D. Tabora, Clerk
By _P. a. Villano_
Deputy Clerk

**District of Connecticut**

UNITED STATES OF AMERICA

v.

Jorge L Pagan

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 0205 3:95CR00015-002

USM Number: 01654-069

Tracy Hayes
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilty to violation of condition(s) _____ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant shall not commit another federal, state and local crime. | 02/26/2014 |
| 2 | The defendant shall notify the probation office at least ten days prior to any change of residence or employment. | 02/26/2014 |

*Check this box if you require additional space for more violation(s).* ☐

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 3789

Defendant's Date of Birth: 1943

Defendant's Residence Address:
100 Executive Square
Wethersfield, CT  06109

February 11, 2015
Date of Imposition of Judgment

/s/ Janet Bond Arterton, USDJ

Signature of Judge

Honorable Janet Bond Arterton
U.S. District Judge
Name and Title of Judge

4/10/15
Date

LF 245D   (Rev. 03/2015) Judgment in a Criminal Case for Revocations
  Sheet 2 -- Imprisonment

DEFENDANT:  Jorge L Pagan
CASE NUMBER: 0205 3:95CR00015-002

## IMPRISONMENT

  The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
3 months' incarceration and no supervision to follow.
This sentence shall be served consecutively to the sentence imposed under docket number 3:14CR130(JBA)

*Check this box if you require additional space for imprisonment terms.* ☐

  ☐  The court makes the following recommendations to the Bureau of Prisons:

  ☐  The defendant is remanded to the custody of the United States Marshal.

  ☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____  on _____

    ☐  as notified by the United States Marshal.

  ☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

_____
DEPUTY UNITED STATES MARSHAL

LF 245D   (Rev. 03/2015) Judgment in a Criminal Case Personal Identification Attachment

| | |
|---|---|
| DEFENDANT: | Jorge L Pagan |
| CASE NUMBER: | 0205 3:95CR00015-002 |
| DISTRICT: | CONNECTICUT |

## Judgment in a Criminal Case Personal Identification/Statement of Reasons Attachment
### (Not for Public Disclosure)

The following unredacted personal identifiers are included with the judgment transmitted to the Attorney General per 18 U.S.C. § 3612(b). A copy of this attachment shall also be provided to the attorney for the defendant, the Probation and Pretrial Services Office, and the U.S. Sentencing Commission.

Pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure, however, the personal data in this attachment are not for public disclosure and must not be filed with the Clerk of the Court unless redacted or under seal, as provided in the rule.

| | |
|---|---|
| Defendant's Soc. Sec. No.: | 3789 |
| Defendant's Date of Birth: | 1943 |
| Defendant's Residential Address: | 100 Executive Square Wethersfield, CT 06109 |

Defendant's Mailing Address:
*(if different)*

## STATEMENT OF REASONS

The court imposed the sentence for the following reasons:
This sentence is a downward departure from the guidelines based on the defendant's failing health, his age and extraordinary acceptance of responsibility.